UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

## Index of Exhibits

| EX | DESCRIPTION |
|---|---|
| 1 | Declaration of Shannon M. Callahan |
| A | Robert Johnston Deposition Excerpts |
| B | Expert Report of Thomas Terry |
| C | Expert Rebuttal Report of Ian Altman |
| D | Ian Altman Deposition Excerpts |
| E | Compensation Tables |
| F | Compilation of Termination General Releases |
| G | Participant Summary Table |
| H | Participant 55 Calculations |
| I | Unpublished Decisions |