# Exhibit E

**<u>Response to Request for Production Number 29, Dow Compensation Information</u>**

In response to Johnston's Second Set of Requests for Production of Documents Number 29, defendants the Dow Employees' Pension Plan and The Dow Chemical Company Retirement Board ("Defendants") provide the following chart compiling The Dow Chemical Company ("Dow") compensation information for the individuals identified in Defendants' response to Johnston's interrogatory number 3. This chart includes:

"Annual Pensionable Earnings," which is the employee's pensionable earnings for that year. It includes the compensation paid for services rendered to the Company such as base pay, overtime pay at base rate, lump-sum merit awards and target performance awards.

"Annual Performance Award Target Amount," which is the employee's target performance award. The employee's actual performance award may be adjusted upwardly or downwardly from this target.

The "Annual Pensionable Earnings" and the "Annual Performance Target Amount" are the compensation amounts considered when calculating an employee's pension.

No Dow compensation information is available from 2002 to 2004 because these employees were not employed at Dow during this time frame.

Confidential – Subject to Protective Order

### Response to Request for Production Number 29, Dow Compensation Information 2005

| Last Name | | First Name | | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|---|---|
| Participant 1 | | Participant 1 | | $54,420.00 | $11,972.40 |
| Participant 2 | | Participant 2 | | $41,520.00 | $4,982.40 |
| Participant 3 | | Participant 3 | | $49,140.00 | $10,810.80 |
| Participant 4 | | Participant 4 | | $59,280.00 | $15,412.80 |
| Participant 5 | | Participant 5 | | $39,360.00 | $4,723.20 |
| Participant 6 | | Participant 6 | | $74,910.00 | $44,946.00 |
| Participant 7 | | Participant 7 | | $35,124.18 | $4,168.80 |
| Participant 9 | | Participant 9 | | $33,054.37 | $3,546.00 |
| Participant 10 | | Participant 10 | | $62,700.00 | $20,064.00 |
| Participant 12 | | Participant 12 | | $51,360.00 | $11,299.20 |
| Participant 13 | | Participant 13 | | $28,397.73 | $3,661.20 |
| Participant 14 | | Participant 14 | | $60,450.00 | $15,717.00 |
| Participant 15 | | Participant 15 | | $52,440.00 | $11,536.80 |
| Participant 16 | | Participant 16 | | $29,188.07 | $3,747.60 |
| Participant 17 | | Participant 17 | | $56,820.00 | $14,773.20 |
| Participant 18 | | Participant 18 | | $53,280.00 | $11,721.60 |
| Participant 19 | | Participant 19 | | $54,240.00 | $14,102.40 |
| Participant 20 | | Participant 20 | | $21,412.57 | $2,732.40 |
| Participant 21 | | Participant 21 | | $51,240.00 | $11,272.80 |
| Participant 22 | | Participant 22 | | $54,480.00 | $11,985.60 |
| Johnston, Robert | | Johnston, Robert | | $56,730.00 | $14,749.80 |
| Participant 24 | | Participant 24 | | $43,560.00 | $5,227.20 |
| Participant 25 | | Participant 25 | | $50,100.00 | $11,022.00 |
| Participant 26 | | Participant 26 | | $49,980.00 | $10,995.60 |
| Participant 27 | | Participant 27 | | $40,440.00 | $4,852.80 |
| Participant 28 | | Participant 28 | | $46,620.00 | $10,256.40 |
| Participant 29 | | Participant 29 | | $71,850.00 | $33,051.00 |
| Participant 30 | | Participant 30 | | $52,950.00 | $11,649.00 |
| Participant 31 | | Participant 31 | | $43,500.00 | $9,570.00 |
| Participant 32 | | Participant 32 | | $74,256.00 | $20,367.36 |
| Participant 34 | | Participant 34 | | $63,540.00 | $20,332.80 |
| Participant 35 | | Participant 35 | | $30,599.94 | $3,898.80 |
| Participant 37 | | Participant 37 | | $21,892.16 | $2,793.60 |
| Participant 39 | | Participant 39 | | $56,490.00 | $12,427.80 |
| Participant 40 | | Participant 40 | | $31,847.52 | $4,039.20 |
| Participant 41 | | Participant 41 | | $142,520.00 | $109,944.00 |
| Participant 55 | | Participant 55 | | $2,871.14 | - |
| Participant 42 | | Participant 42 | | $41,520.00 | $4,982.40 |
| Participant 44 | | Participant 44 | | $31,993.49 | $3,891.60 |
| Participant 45 | | Participant 45 | | $25,102.76 | $3,214.80 |
| Participant 46 | | Participant 46 | | $57,120.00 | $14,851.20 |
| Participant 47 | | Participant 47 | | $37,950.00 | $4,554.00 |
| Participant 48 | | Participant 48 | | $33,558.98 | $4,150.80 |
| Participant 49 | | Participant 49 | | $51,000.00 | $11,220.00 |
| Participant 50 | | Participant 50 | | $48,000.00 | $10,560.00 |
| Participant 51 | | Participant 51 | | $61,710.00 | $16,044.60 |
| Participant 52 | | Participant 52 | | $51,780.00 | $11,391.60 |
| Participant 54 | | Participant 54 | | $30,543.83 | $3,862.08 |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2006**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 1 | Participant 1 | $110,740.00 | $12,223.20 |
| Participant 2 | Participant 2 | $86,554.00 | $5,328.72 |
| Participant 3 | Participant 3 | $101,400.00 | $11,222.64 |
| Participant 4 | Participant 4 | $126,600.00 | $18,443.04 |
| Participant 5 | Participant 5 | $82,800.00 | $5,853.12 |
| Participant 6 | Participant 6 | $167,949.00 | $54,981.60 |
| Participant 7 | Participant 7 | $74,051.28 | $4,186.80 |
| Participant 9 | Participant 9 | $62,689.99 | $3,546.72 |
| Participant 10 | Participant 10 | $130,680.00 | $22,395.12 |
| Participant 12 | Participant 12 | $105,610.00 | $11,680.68 |
| Participant 13 | Participant 13 | $62,734.34 | $3,762.00 |
| Participant 14 | Participant 14 | $124,550.00 | $17,539.20 |
| Participant 15 | Participant 15 | $112,600.00 | $12,555.84 |
| Participant 16 | Participant 16 | $64,140.03 | $3,798.72 |
| Participant 17 | Participant 17 | $116,450.00 | $16,381.68 |
| Participant 18 | Participant 18 | $107,830.00 | $11,889.24 |
| Participant 19 | Participant 19 | $112,630.00 | $15,884.40 |
| Participant 20 | Participant 20 | $45,966.97 | $2,732.40 |
| Participant 21 | Participant 21 | $107,150.00 | $11,889.24 |
| Participant 22 | Participant 22 | $113,280.00 | $12,555.84 |
| Johnston, Robert | Johnston, Robert | $117,400.00 | $16,546.32 |
| Participant 24 | Participant 24 | $89,340.00 | $6,284.88 |
| Participant 25 | Participant 25 | $103,410.00 | $11,445.72 |
| Participant 26 | Participant 26 | $102,520.00 | $11,333.52 |
| Participant 27 | Participant 27 | $83,650.00 | $5,052.24 |
| Participant 28 | Participant 28 | $95,510.00 | $10,556.04 |
| Participant 29 | Participant 29 | $148,720.00 | $35,933.76 |
| Participant 30 | Participant 30 | $109,410.00 | $12,112.32 |
| Participant 31 | Participant 31 | $90,260.00 | $10,000.32 |
| Participant 32 | Participant 32 | $132,156.00 | $22,631.76 |
| Participant 34 | Participant 34 | $140,249.00 | $35,153.28 |
| Participant 35 | Participant 35 | $67,946.04 | $3,996.00 |
| Participant 37 | Participant 37 | $51,544.82 | $3,368.88 |
| Participant 39 | Participant 39 | $117,080.88 | $12,889.80 |
| Participant 40 | Participant 40 | $78,247.55 | $4,091.04 |
| Participant 41 | Participant 41 | $162,880.00 | $116,051.40 |
| Participant 55 | Participant 55 | | - |
| Participant 42 | Participant 42 | $86,460.00 | $6,100.08 |
| Participant 44 | Participant 44 | $72,825.81 | $4,036.32 |
| Participant 45 | Participant 45 | $57,985.97 | $3,231.36 |
| Participant 46 | Participant 46 | $121,470.00 | $17,208.24 |
| Participant 47 | Participant 47 | $77,420.00 | $4,663.44 |
| Participant 48 | Participant 48 | $77,150.21 | $4,440.24 |
| Participant 49 | Participant 49 | $105,390.00 | $11,667.48 |
| Participant 50 | Participant 50 | $98,500.00 | $10,890.00 |
| Participant 51 | Participant 51 | $126,940.00 | $17,870.16 |
| Participant 52 | Participant 52 | $105,650.00 | $11,667.48 |
| Participant 54 | Participant 54 | $67,686.68 | $3,947.76 |

Confidential – Subject to Protective Order

### Response to Request for Production Number 29, Dow Compensation Information 2007

| Last Name | | First Name | | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|---|---|
| Participant 1 | | Participant 1 | | $112,440.00 | $12,397.44 |
| Participant 2 | | Participant 2 | | $91,172.00 | $5,498.64 |
| Participant 3 | | Participant 3 | | $103,964.00 | $11,478.72 |
| Participant 4 | | Participant 4 | | $137,746.00 | $26,400.12 |
| Participant 5 | | Participant 5 | | $88,903.00 | $7,056.00 |
| Participant 6 | | Participant 6 | | $188,870.00 | $61,175.04 |
| Participant 7 | | Participant 7 | | $73,386.50 | $4,186.80 |
| Participant 9 | | Participant 9 | | $64,469.70 | $3,729.60 |
| Participant 10 | | Participant 10 | | $131,736.00 | $25,029.84 |
| Participant 12 | | Participant 12 | | $108,208.00 | $11,947.32 |
| Participant 13 | | Participant 13 | | $64,467.91 | $3,960.00 |
| Participant 14 | | Participant 14 | | $125,280.00 | $17,539.20 |
| Participant 15 | | Participant 15 | | $119,024.00 | $13,200.00 |
| Participant 16 | | Participant 16 | | $68,637.02 | $3,882.24 |
| Participant 17 | | Participant 17 | | | - |
| Participant 18 | | Participant 18 | | $108,454.00 | $11,938.08 |
| Participant 19 | | Participant 19 | | $116,580.00 | $16,408.56 |
| Participant 20 | | Participant 20 | | $45,875.93 | $2,756.88 |
| Participant 21 | | Participant 21 | | $111,934.00 | $12,397.44 |
| Participant 22 | | Participant 22 | | $119,455.00 | $12,856.80 |
| Johnston, Robert | | Johnston, Robert | | $122,458.00 | $17,263.68 |
| Participant 24 | | Participant 24 | | $91,494.00 | $7,346.88 |
| Participant 25 | | Participant 25 | | $106,912.00 | $11,823.24 |
| Participant 26 | | Participant 26 | | $105,882.00 | $11,709.72 |
| Participant 27 | | Participant 27 | | $88,064.00 | $5,330.16 |
| Participant 28 | | Participant 28 | | $97,734.00 | $10,789.68 |
| Participant 29 | | Participant 29 | | $156,644.00 | $39,507.00 |
| Participant 30 | | Participant 30 | | $113,142.00 | $12,512.28 |
| Participant 31 | | Participant 31 | | $95,152.00 | $10,560.00 |
| Participant 32 | | Participant 32 | | $139,168.00 | $26,671.44 |
| Participant 34 | | Participant 34 | | $147,273.54 | $39,930.00 |
| Participant 35 | | Participant 35 | | $68,595.45 | $4,081.68 |
| Participant 37 | | Participant 37 | | $58,375.44 | $3,476.88 |
| Participant 39 | | Participant 39 | | $121,270.00 | $13,429.68 |
| Participant 40 | | Participant 40 | | $75,434.82 | $4,279.68 |
| Participant 41 | | Participant 41 | | | - |
| Participant 55 | | Participant 55 | | | - |
| Participant 42 | | Participant 42 | | $90,804.00 | $7,763.52 |
| Participant 44 | | Participant 44 | | $72,183.73 | $4,123.44 |
| Participant 45 | | Participant 45 | | $59,209.66 | $3,364.56 |
| Participant 46 | | Participant 46 | | $133,886.00 | $25,855.20 |
| Participant 47 | | Participant 47 | | $79,864.00 | $4,817.52 |
| Participant 48 | | Participant 48 | | $78,778.24 | $4,582.08 |
| Participant 49 | | Participant 49 | | $108,988.00 | $12,052.92 |
| Participant 50 | | Participant 50 | | $100,850.00 | $11,134.20 |
| Participant 51 | | Participant 51 | | $131,154.00 | $18,459.84 |
| Participant 52 | | Participant 52 | | $108,988.00 | $12,052.92 |
| Participant 54 | | Participant 54 | | $67,573.52 | $4,073.76 |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2008**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 1 | Participant 1 | $115,524.00 | $12,769.68 |
| Participant 2 | Participant 2 | $93,934.00 | $5,663.52 |
| Participant 3 | Participant 3 | $105,652.00 | $11,650.32 |
| Participant 4 | Participant 4 | $138,948.00 | $26,400.12 |
| Participant 5 | Participant 5 | $90,770.00 | $7,302.72 |
| Participant 6 | Participant 6 | $111,517.05 | $61,175.04 |
| Participant 7 | Participant 7 | $76,638.97 | $4,417.20 |
| Participant 9 | Participant 9 | $63,359.56 | $3,813.84 |
| Participant 10 | Participant 10 | $135,026.00 | $25,779.96 |
| Participant 12 | Participant 12 | $111,102.00 | $12,276.00 |
| Participant 13 | Participant 13 | $67,393.76 | $4,068.72 |
| Participant 14 | Participant 14 | $128,670.00 | $18,108.72 |
| Participant 15 | Participant 15 | $129,660.00 | $18,866.40 |
| Participant 16 | Participant 16 | $70,525.97 | $4,105.44 |
| Participant 17 | Participant 17 | | - |
| Participant 18 | Participant 18 | $109,428.00 | $12,056.88 |
| Participant 19 | Participant 19 | $121,114.00 | $17,065.44 |
| Participant 20 | Participant 20 | $45,947.98 | $2,756.88 |
| Participant 21 | Participant 21 | $117,164.00 | $12,986.16 |
| Participant 22 | Participant 22 | $117,850.00 | $12,984.84 |
| Johnston, Robert | Johnston, Robert | $126,392.00 | $17,781.12 |
| Participant 24 | Participant 24 | $99,188.00 | $11,226.60 |
| Participant 25 | Participant 25 | $110,614.00 | $12,236.40 |
| Participant 26 | Participant 26 | $109,112.00 | $12,060.84 |
| Participant 27 | Participant 27 | $92,536.00 | $5,596.56 |
| Participant 28 | Participant 28 | $98,088.00 | $10,789.68 |
| Participant 29 | Participant 29 | $162,968.00 | $45,907.68 |
| Participant 30 | Participant 30 | $116,358.00 | $12,856.80 |
| Participant 31 | Participant 31 | $99,400.00 | $11,008.80 |
| Participant 32 | Participant 32 | $143,886.00 | $27,471.72 |
| Participant 34 | Participant 34 | | - |
| Participant 35 | Participant 35 | $70,709.04 | $4,285.44 |
| Participant 37 | Participant 37 | $59,763.34 | $3,607.20 |
| Participant 39 | Participant 39 | $124,378.00 | $13,731.96 |
| Participant 40 | Participant 40 | $77,800.96 | $4,525.92 |
| Participant 41 | Participant 41 | | - |
| Participant 55 | Participant 55 | | |
| Participant 42 | Participant 42 | $99,264.00 | $10,967.88 |
| Participant 44 | Participant 44 | $71,798.80 | $4,350.24 |
| Participant 45 | Participant 45 | $61,945.40 | $3,499.20 |
| Participant 46 | Participant 46 | $140,900.00 | $26,954.16 |
| Participant 47 | Participant 47 | $83,472.00 | $5,046.48 |
| Participant 48 | Participant 48 | $81,133.30 | $4,880.16 |
| Participant 49 | Participant 49 | $113,682.00 | $12,595.44 |
| Participant 50 | Participant 50 | $103,330.00 | $11,412.72 |
| Participant 51 | Participant 51 | $134,056.00 | $18,829.44 |
| Participant 52 | Participant 52 | $111,402.00 | $12,294.48 |
| Participant 54 | Participant 54 | $70,926.93 | $4,277.52 |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2009**

| Last Name | | First Name | | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|---|---|
| Participant 1 | | Participant 1 | | $116,088.00 | $12,769.68 |
| Participant 2 | | Participant 2 | | $47,196.00 | $5,663.52 |
| Participant 3 | | Participant 3 | | $105,912.00 | $8,472.96 |
| Participant 4 | | Participant 4 | | $138,948.00 | $26,400.12 |
| Participant 5 | | Participant 5 | | $91,284.00 | $7,302.72 |
| Participant 6 | | Participant 6 | | | - |
| Participant 7 | | Participant 7 | | $76,451.58 | $4,417.20 |
| Participant 9 | | Participant 9 | | $65,764.31 | $3,813.84 |
| Participant 10 | | Participant 10 | | $135,684.00 | $25,779.96 |
| Participant 12 | | Participant 12 | | $111,600.00 | $12,276.00 |
| Participant 13 | | Participant 13 | | $14,344.83 | $4,068.72 |
| Participant 14 | | Participant 14 | | $21,558.00 | $18,108.72 |
| Participant 15 | | Participant 15 | | $134,760.00 | $18,866.40 |
| Participant 16 | | Participant 16 | | $72,808.98 | $4,105.44 |
| Participant 17 | | Participant 17 | | | |
| Participant 18 | | Participant 18 | | | - |
| Participant 19 | | Participant 19 | | $121,896.00 | $17,065.44 |
| Participant 20 | | Participant 20 | | $13,607.67 | $2,756.88 |
| Participant 21 | | Participant 21 | | $118,056.00 | $12,986.16 |
| Participant 22 | | Participant 22 | | $118,044.00 | $12,984.84 |
| Johnston, Robert | | Johnston, Robert | | $127,008.00 | $17,781.12 |
| Participant 24 | | Participant 24 | | $102,060.00 | $11,226.60 |
| Participant 25 | | Participant 25 | | $111,240.00 | $12,236.40 |
| Participant 26 | | Participant 26 | | $109,644.00 | $12,060.84 |
| Participant 27 | | Participant 27 | | $93,276.00 | $5,596.56 |
| Participant 28 | | Participant 28 | | $98,088.00 | $10,789.68 |
| Participant 29 | | Participant 29 | | $163,956.00 | $45,907.68 |
| Participant 30 | | Participant 30 | | $116,880.00 | $12,856.80 |
| Participant 31 | | Participant 31 | | $16,680.00 | $11,008.80 |
| Participant 32 | | Participant 32 | | $144,588.00 | $27,471.72 |
| Participant 34 | | Participant 34 | | | - |
| Participant 35 | | Participant 35 | | $21,152.51 | $4,285.44 |
| Participant 37 | | Participant 37 | | $17,804.79 | $3,607.20 |
| Participant 39 | | Participant 39 | | $124,836.00 | $13,731.96 |
| Participant 40 | | Participant 40 | | $79,366.78 | $4,525.92 |
| Participant 41 | | Participant 41 | | | |
| Participant 55 | | Participant 55 | | | - |
| Participant 42 | | Participant 42 | | $99,708.00 | $10,967.88 |
| Participant 44 | | Participant 44 | | $39,737.84 | $4,350.24 |
| Participant 45 | | Participant 45 | | $62,495.08 | $3,726.72 |
| Participant 46 | | Participant 46 | | $141,864.00 | $26,954.16 |
| Participant 47 | | Participant 47 | | $84,108.00 | $5,046.48 |
| Participant 48 | | Participant 48 | | $44,578.42 | $4,880.16 |
| Participant 49 | | Participant 49 | | $114,504.00 | $12,595.44 |
| Participant 50 | | Participant 50 | | $60,522.00 | $11,412.72 |
| Participant 51 | | Participant 51 | | | |
| Participant 52 | | Participant 52 | | $111,768.00 | $12,294.48 |
| Participant 54 | | Participant 54 | | $74,034.00 | $4,277.52 |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2010**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 1 | Participant 1 | $119,486.00 | $17,576.16 |
| Participant 2 | Participant 2 | | - |
| Participant 3 | Participant 3 | $106,702.00 | $12,823.20 |
| Participant 4 | Participant 4 | $142,658.00 | $28,680.00 |
| Participant 5 | Participant 5 | $101,601.00 | $12,000.96 |
| Participant 6 | Participant 6 | | - |
| Participant 7 | Participant 7 | $75,828.39 | $4,527.36 |
| Participant 9 | Participant 9 | $62,885.10 | $3,931.92 |
| Participant 10 | Participant 10 | $139,754.00 | $28,113.60 |
| Participant 12 | Participant 12 | $111,600.00 | $13,392.00 |
| Participant 13 | Participant 13 | | |
| Participant 14 | Participant 14 | | - |
| Participant 15 | Participant 15 | $136,670.00 | $20,557.80 |
| Participant 16 | Participant 16 | $71,912.73 | $4,187.52 |
| Participant 17 | Participant 17 | | |
| Participant 18 | Participant 18 | | - |
| Participant 19 | Participant 19 | $127,586.00 | $19,308.60 |
| Participant 20 | Participant 20 | | - |
| Participant 21 | Participant 21 | $121,221.00 | $17,823.12 |
| Participant 22 | Participant 22 | $119,714.00 | $14,405.76 |
| Johnston, Robert | Johnston, Robert | $127,958.00 | $19,222.20 |
| Participant 24 | Participant 24 | $105,120.00 | $12,687.84 |
| Participant 25 | Participant 25 | $113,740.00 | $13,708.80 |
| Participant 26 | Participant 26 | $112,114.00 | $13,512.96 |
| Participant 27 | Participant 27 | $94,206.00 | $5,663.52 |
| Participant 28 | Participant 28 | $103,053.00 | $11,982.24 |
| Participant 29 | Participant 29 | $168,876.00 | $47,560.80 |
| Participant 30 | Participant 30 | $118,730.00 | $14,292.00 |
| Participant 31 | Participant 31 | | - |
| Participant 32 | Participant 32 | $147,838.00 | $29,697.60 |
| Participant 34 | Participant 34 | | |
| Participant 35 | Participant 35 | | - |
| Participant 37 | Participant 37 | | - |
| Participant 39 | Participant 39 | $124,259.52 | $15,130.08 |
| Participant 40 | Participant 40 | $84,736.52 | $4,638.96 |
| Participant 41 | Participant 41 | | |
| Participant 55 | Participant 55 | | - |
| Participant 42 | Participant 42 | $102,618.00 | $12,384.00 |
| Participant 44 | Participant 44 | | |
| Participant 45 | Participant 45 | $66,084.01 | $3,838.32 |
| Participant 46 | Participant 46 | $145,054.00 | $29,138.40 |
| Participant 47 | Participant 47 | $63,081.00 | $5,046.48 |
| Participant 48 | Participant 48 | | |
| Participant 49 | Participant 49 | $118,529.00 | $17,455.20 |
| Participant 50 | Participant 50 | | - |
| Participant 51 | Participant 51 | | - |
| Participant 52 | Participant 52 | $111,768.00 | $13,412.16 |
| Participant 54 | Participant 54 | $72,805.58 | $4,384.80 |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2011**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 1 | Participant 1 | $128,264.00 | $19,321.20 |
| Participant 2 | Participant 2 | | - |
| Participant 3 | Participant 3 | $63,315.00 | $13,105.44 |
| Participant 4 | Participant 4 | $147,340.00 | $29,625.60 |
| Participant 5 | Participant 5 | $102,838.00 | $12,408.48 |
| Participant 6 | Participant 6 | | - |
| Participant 7 | Participant 7 | $90,113.93 | $4,726.80 |
| Participant 9 | Participant 9 | $72,481.46 | $4,050.00 |
| Participant 10 | Participant 10 | $142,208.00 | $28,507.20 |
| Participant 12 | Participant 12 | $112,160.00 | $13,472.64 |
| Participant 13 | Participant 13 | | |
| Participant 14 | Participant 14 | | - |
| Participant 15 | Participant 15 | $139,912.00 | $22,477.44 |
| Participant 16 | Participant 16 | $74,815.23 | $4,296.24 |
| Participant 17 | Participant 17 | | |
| Participant 18 | Participant 18 | | - |
| Participant 19 | Participant 19 | $133,764.00 | $21,563.52 |
| Participant 20 | Participant 20 | | - |
| Participant 21 | Participant 21 | $131,238.00 | $19,803.60 |
| Participant 22 | Participant 22 | $128,656.00 | $14,621.76 |
| Johnston, Robert | Johnston, Robert | $96,111.00 | $20,503.68 |
| Participant 24 | Participant 24 | $107,932.00 | $13,004.64 |
| Participant 25 | Participant 25 | $116,620.00 | $14,051.52 |
| Participant 26 | Participant 26 | $113,168.00 | $13,593.60 |
| Participant 27 | Participant 27 | $39,495.00 | $5,703.12 |
| Participant 28 | Participant 28 | $105,693.00 | $12,389.76 |
| Participant 29 | Participant 29 | $171,980.00 | $48,273.12 |
| Participant 30 | Participant 30 | $120,590.00 | $14,506.56 |
| Participant 31 | Participant 31 | | - |
| Participant 32 | Participant 32 | $151,578.00 | $30,439.20 |
| Participant 34 | Participant 34 | | |
| Participant 35 | Participant 35 | | - |
| Participant 37 | Participant 37 | | - |
| Participant 39 | Participant 39 | $127,208.22 | $15,297.12 |
| Participant 40 | Participant 40 | $83,048.61 | $4,741.20 |
| Participant 41 | Participant 41 | | |
| Participant 55 | Participant 55 | | - |
| Participant 42 | Participant 42 | $106,040.00 | $12,792.96 |
| Participant 44 | Participant 44 | | |
| Participant 45 | Participant 45 | $67,875.49 | $3,938.40 |
| Participant 46 | Participant 46 | $150,062.00 | $30,187.20 |
| Participant 47 | Participant 47 | | - |
| Participant 48 | Participant 48 | | - |
| Participant 49 | Participant 49 | $129,560.00 | $19,580.40 |
| Participant 50 | Participant 50 | | - |
| Participant 51 | Participant 51 | | - |
| Participant 52 | Participant 52 | $112,328.00 | $13,492.80 |
| Participant 54 | Participant 54 | $74,611.34 | $4,498.56 |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2012**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 1 | Participant 1 | $130,848.00 | $19,688.40 |
| Participant 2 | Participant 2 | | - |
| Participant 3 | Participant 3 | | |
| Participant 4 | Participant 4 | $151,458.00 | $30,424.80 |
| Participant 5 | Participant 5 | $105,814.00 | $12,755.52 |
| Participant 6 | Participant 6 | | - |
| Participant 7 | Participant 7 | $80,495.49 | $4,854.24 |
| Participant 9 | Participant 9 | $69,453.46 | $4,127.04 |
| Participant 10 | Participant 10 | $71,552.00 | $28,677.60 |
| Participant 12 | Participant 12 | $114,802.00 | $13,836.96 |
| Participant 13 | Participant 13 | | |
| Participant 14 | Participant 14 | | - |
| Participant 15 | Participant 15 | $144,584.00 | $23,264.64 |
| Participant 16 | Participant 16 | $80,373.29 | $4,313.52 |
| Participant 17 | Participant 17 | | |
| Participant 18 | Participant 18 | | - |
| Participant 19 | Participant 19 | $139,042.00 | $22,383.36 |
| Participant 20 | Participant 20 | | |
| Participant 21 | Participant 21 | $133,894.00 | $20,140.20 |
| Participant 22 | Participant 22 | $122,758.00 | $14,752.80 |
| Johnston, Robert | Johnston, Robert | | - |
| Participant 24 | Participant 24 | $110,632.00 | $13,330.08 |
| Participant 25 | Participant 25 | $117,976.00 | $14,178.24 |
| Participant 26 | Participant 26 | $116,400.00 | $14,042.88 |
| Participant 27 | Participant 27 | | - |
| Participant 28 | Participant 28 | $109,356.00 | $17,074.80 |
| Participant 29 | Participant 29 | $175,854.00 | $49,432.32 |
| Participant 30 | Participant 30 | $122,298.00 | $14,709.60 |
| Participant 31 | Participant 31 | | |
| Participant 32 | Participant 32 | $155,616.00 | $31,260.00 |
| Participant 34 | Participant 34 | | |
| Participant 35 | Participant 35 | | - |
| Participant 37 | Participant 37 | | - |
| Participant 39 | Participant 39 | $127,475.92 | $15,297.12 |
| Participant 40 | Participant 40 | $80,230.62 | $4,816.80 |
| Participant 41 | Participant 41 | | |
| Participant 55 | Participant 55 | | - |
| Participant 42 | Participant 42 | $109,098.00 | $13,151.52 |
| Participant 44 | Participant 44 | | |
| Participant 45 | Participant 45 | $75,716.81 | $4,083.84 |
| Participant 46 | Participant 46 | $156,726.00 | $31,576.80 |
| Participant 47 | Participant 47 | | |
| Participant 48 | Participant 48 | | - |
| Participant 49 | Participant 49 | $133,796.00 | $20,167.20 |
| Participant 50 | Participant 50 | | |
| Participant 51 | Participant 51 | | - |
| Participant 52 | Participant 52 | $112,530.00 | $13,505.76 |
| Participant 54 | Participant 54 | $76,613.94 | $4,620.24 |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2013**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 1 | Participant 1 | $132,896.00 | $19,983.60 |
| Participant 2 | Participant 2 | | |
| Participant 3 | Participant 3 | | - |
| Participant 4 | Participant 4 | $155,804.00 | $31,308.00 |
| Participant 5 | Participant 5 | $111,595.75 | $13,848.41 |
| Participant 6 | Participant 6 | | - |
| Participant 7 | Participant 7 | $82,474.11 | $4,970.88 |
| Participant 9 | Participant 9 | $70,256.99 | $4,226.40 |
| Participant 10 | Participant 10 | | - |
| Participant 12 | Participant 12 | $121,062.00 | $15,023.23 |
| Participant 13 | Participant 13 | | |
| Participant 14 | Participant 14 | | - |
| Participant 15 | Participant 15 | $146,254.00 | $23,427.84 |
| Participant 16 | Participant 16 | $78,653.35 | $4,417.20 |
| Participant 17 | Participant 17 | | - |
| Participant 18 | Participant 18 | | |
| Participant 19 | Participant 19 | $143,276.00 | $23,032.32 |
| Participant 20 | Participant 20 | | - |
| Participant 21 | Participant 21 | $135,838.00 | $20,422.80 |
| Participant 22 | Participant 22 | $126,967.00 | $15,706.66 |
| Johnston, Robert | Johnston, Robert | | |
| Participant 24 | Participant 24 | $116,145.25 | $14,401.80 |
| Participant 25 | Participant 25 | $124,047.25 | $15,393.67 |
| Participant 26 | Participant 26 | $122,865.00 | $15,247.01 |
| Participant 27 | Participant 27 | | |
| Participant 28 | Participant 28 | $114,972.00 | $17,280.00 |
| Participant 29 | Participant 29 | $180,814.00 | $50,867.04 |
| Participant 30 | Participant 30 | $125,130.00 | $15,076.80 |
| Participant 31 | Participant 31 | | |
| Participant 32 | Participant 32 | $160,730.00 | $32,323.20 |
| Participant 34 | Participant 34 | | |
| Participant 35 | Participant 35 | | - |
| Participant 37 | Participant 37 | | |
| Participant 39 | Participant 39 | $2,941.75 | - |
| Participant 40 | Participant 40 | $35,769.48 | $4,879.44 |
| Participant 41 | Participant 41 | | |
| Participant 55 | Participant 55 | | - |
| Participant 42 | Participant 42 | $112,706.00 | $13,599.36 |
| Participant 44 | Participant 44 | | - |
| Participant 45 | Participant 45 | $28,601.97 | - |
| Participant 46 | Participant 46 | $161,964.00 | $32,556.00 |
| Participant 47 | Participant 47 | | - |
| Participant 48 | Participant 48 | | - |
| Participant 49 | Participant 49 | $137,478.00 | $20,712.60 |
| Participant 50 | Participant 50 | | - |
| Participant 51 | Participant 51 | | - |
| Participant 52 | Participant 52 | $115,466.75 | $14,265.72 |
| Participant 54 | Participant 54 | $78,748.62 | $4,749.84 |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2014**

| Last Name | | First Name | | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|---|---|
| Participant 1 | | Participant 1 | | $136,554.00 | $20,583.00 |
| Participant 2 | | Participant 2 | | | - |
| Participant 3 | | Participant 3 | | | - |
| Participant 4 | | Participant 4 | | $160,450.00 | $32,246.40 |
| Participant 5 | | Participant 5 | | $118,383.90 | $14,277.60 |
| Participant 6 | | Participant 6 | | | - |
| Participant 7 | | Participant 7 | | $84,854.30 | $5,119.92 |
| Participant 9 | | Participant 9 | | $72,355.09 | $4,353.12 |
| Participant 10 | | Participant 10 | | | - |
| Participant 12 | | Participant 12 | | $129,365.60 | $15,624.00 |
| Participant 13 | | Participant 13 | | $53,564.90 | $4,068.72 |
| Participant 14 | | Participant 14 | | | - |
| Participant 15 | | Participant 15 | | $147,404.00 | $23,616.00 |
| Participant 16 | | Participant 16 | | $36,323.60 | $4,430.16 |
| Participant 17 | | Participant 17 | | | |
| Participant 18 | | Participant 18 | | | - |
| Participant 19 | | Participant 19 | | $147,552.00 | $23,723.52 |
| Participant 20 | | Participant 20 | | | |
| Participant 21 | | Participant 21 | | $138,872.00 | $20,912.40 |
| Participant 22 | | Participant 22 | | $133,504.80 | $16,083.36 |
| Johnston, Robert | | Johnston, Robert | | | |
| Participant 24 | | Participant 24 | | $123,012.50 | $14,833.44 |
| Participant 25 | | Participant 25 | | $132,240.10 | $15,963.84 |
| Participant 26 | | Participant 26 | | $130,766.40 | $15,780.96 |
| Participant 27 | | Participant 27 | | | - |
| Participant 28 | | Participant 28 | | $119,140.00 | $17,989.20 |
| Participant 29 | | Participant 29 | | $186,668.00 | $52,547.04 |
| Participant 30 | | Participant 30 | | $128,890.00 | $15,544.80 |
| Participant 31 | | Participant 31 | | | - |
| Participant 32 | | Participant 32 | | $166,056.00 | $33,388.80 |
| Participant 34 | | Participant 34 | | | - |
| Participant 35 | | Participant 35 | | | - |
| Participant 37 | | Participant 37 | | | - |
| Participant 39 | | Participant 39 | | | - |
| Participant 40 | | Participant 40 | | | - |
| Participant 41 | | Participant 41 | | | - |
| Participant 55 | | Participant 55 | | | - |
| Participant 42 | | Participant 42 | | $116,158.00 | $14,006.88 |
| Participant 44 | | Participant 44 | | | - |
| Participant 45 | | Participant 45 | | | - |
| Participant 46 | | Participant 46 | | $168,070.00 | $33,825.60 |
| Participant 47 | | Participant 47 | | | - |
| Participant 48 | | Participant 48 | | | - |
| Participant 49 | | Participant 49 | | $142,344.00 | $21,479.40 |
| Participant 50 | | Participant 50 | | | - |
| Participant 51 | | Participant 51 | | | - |
| Participant 52 | | Participant 52 | | $119,573.50 | $14,365.44 |
| Participant 54 | | Participant 54 | | $81,083.00 | $4,892.40 |

Confidential – Subject to Protective Order

## Supplemental Response to Request for Production Number 29, Dow Compensation Information

Dow Employees' Pension Plan and The Dow Chemical Company Retirement Board ("Defendants") hereby provide this supplemental response to Johnston's Second Set of Requests for Production of Documents Number 29. While Defendants maintain their objections as set forth in Johnston's Second Set of Requests for Production of Documents Number 29, including their objection that this information is inapplicable to Plaintiff's claim for benefits, this chart includes The Dow Chemical Company ("Dow") compensation information for the eight individuals subject to Section 10.46(c)(ii) of the Dow Employees' Pension Plan, and identified in Defendants' supplemental Exhibit A to Defendants' response to plaintiff's interrogatory number 3.

This chart includes:

"Annual Pensionable Earnings," which is the employee's pensionable earnings for that year. It includes the compensation paid for services rendered to the Company such as base pay, overtime pay at base rate, lump-sum merit awards and target performance awards.

"Annual Performance Award Target Amount," which is the employee's target performance award. The employee's actual performance award may be adjusted upwardly or downwardly from this target.

The "Annual Pensionable Earnings" and the "Annual Performance Target Amount" are the compensation amounts considered when calculating an employee's pension.

No Dow compensation information is available from 2002 to 2004 because these employees were not employed at Dow during this time frame.

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2005**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 8 | Participant 8 | $71,736.00 | $22,955.52 |
| Participant 11 | Participant 11 | $34,198.05 | $4,190.40 |
| Participant 23 | Participant 23 | $33,002.68 | $4,143.60 |
| Participant 33 | Participant 33 | $53,940.00 | $11,866.80 |
| Participant 36 | Participant 36 | $43,680.00 | $5,241.60 |
| Participant 38 | Participant 38 | $45,900.00 | $10,098.00 |
| Participant 43 | Participant 43 | $50,940.00 | $11,206.80 |
| Participant 53 | Participant 53 | $54,900.00 | $12,078.00 |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2006**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 8 | Participant 8 | $147,562.00 | $25,224.60 |
| Participant 11 | Participant 11 | $80,167.35 | $4,358.88 |
| Participant 23 | Participant 23 | $78,506.78 | $4,358.88 |
| Participant 33 | Participant 33 | $109,740.00 | $12,112.32 |
| Participant 36 | Participant 36 | $89,480.00 | $6,293.28 |
| Participant 38 | Participant 38 | $94,430.00 | $10,445.16 |
| Participant 43 | Participant 43 | $103,690.00 | $11,445.72 |
| Participant 53 | Participant 53 | $111,740.00 | $12,334.08 |

Confidential – Subject to Protective Order

## Response to Request for Production Number 29, Dow Compensation Information 2007

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 8 | Participant 8 | $157,819.00 | - |
| Participant 11 | Participant 11 | $82,894.69 | $4,415.04 |
| Participant 23 | Participant 23 | $77,371.59 | $4,540.32 |
| Participant 33 | Participant 33 | $110,532.00 | $12,167.76 |
| Participant 36 | Participant 36 | $90,784.00 | $7,276.80 |
| Participant 38 | Participant 38 | $97,566.00 | $10,789.68 |
| Participant 43 | Participant 43 | $104,052.00 | $11,445.72 |
| Participant 53 | Participant 53 | $114,348.00 | $12,627.12 |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2008**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 8 | Participant 8 | $167,160.00 | $47,033.28 |
| Participant 11 | Participant 11 | $79,376.26 | $4,613.76 |
| Participant 23 | Participant 23 | $80,447.91 | $4,812.48 |
| Participant 33 | Participant 33 | $111,996.00 | $12,349.92 |
| Participant 36 | Participant 36 | $53,060.00 | $7,276.80 |
| Participant 38 | Participant 38 | $100,948.00 | $11,167.20 |
| Participant 43 | Participant 43 | $105,782.00 | $11,674.08 |
| Participant 53 | Participant 53 | $116,702.00 | $12,879.24 |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2009**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 8 | Participant 8 | $167,976.00 | $47,033.28 |
| Participant 11 | Participant 11 | $25,730.59 | $4,613.76 |
| Participant 23 | Participant 23 | $83,292.84 | $4,812.48 |
| Participant 33 | Participant 33 | $112,272.00 | $12,349.92 |
| Participant 36 | Participant 36 | | - |
| Participant 38 | Participant 38 | $101,520.00 | $11,167.20 |
| Participant 43 | Participant 43 | $17,688.00 | $11,674.08 |
| Participant 53 | Participant 53 | $29,271.00 | $12,879.24 |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2010**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 8 | Participant 8 | $169,656.00 | $47,597.76 |
| Participant 11 | Participant 11 | | - |
| Participant 23 | Participant 23 | $87,420.86 | $4,966.56 |
| Participant 33 | Participant 33 | $113,952.00 | $13,714.56 |
| Participant 36 | Participant 36 | | - |
| Participant 38 | Participant 38 | $104,570.00 | $12,621.60 |
| Participant 43 | Participant 43 | | - |
| Participant 53 | Participant 53 | | - |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2011**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 8 | Participant 8 | $171,412.00 | $47,597.76 |
| Participant 11 | Participant 11 | | - |
| Participant 23 | Participant 23 | $90,839.56 | $5,135.76 |
| Participant 33 | Participant 33 | $114,288.00 | $13,714.56 |
| Participant 36 | Participant 36 | | - |
| Participant 38 | Participant 38 | $108,070.00 | $13,037.76 |
| Participant 43 | Participant 43 | | - |
| Participant 53 | Participant 53 | | - |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2012**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 8 | Participant 8 | $175,556.00 | $49,371.84 |
| Participant 11 | Participant 11 | | - |
| Participant 23 | Participant 23 | $87,485.92 | $5,197.68 |
| Participant 33 | Participant 33 | $57,144.00 | $13,714.56 |
| Participant 36 | Participant 36 | | - |
| Participant 38 | Participant 38 | $112,809.00 | $13,363.20 |
| Participant 43 | Participant 43 | | - |
| Participant 53 | Participant 53 | | |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2013**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 8 | Participant 8 | $180,588.00 | $50,803.20 |
| Participant 11 | Participant 11 | | - |
| Participant 23 | Participant 23 | $87,325.93 | $5,249.52 |
| Participant 33 | Participant 33 | | - |
| Participant 36 | Participant 36 | | - |
| Participant 38 | Participant 38 | $114,050.00 | $13,750.56 |
| Participant 43 | Participant 43 | | - |
| Participant 53 | Participant 53 | | - |

Confidential – Subject to Protective Order

**Response to Request for Production Number 29, Dow Compensation Information 2014**

| Last Name | First Name | Annual Pensionable Earnings | Annual Performance Award Target Amount |
|---|---|---|---|
| Participant 8 | Participant 8 | $186,280.00 | $52,429.44 |
| Participant 11 | Participant 11 | | - |
| Participant 23 | Participant 23 | $89,256.08 | $5,380.56 |
| Participant 33 | Participant 33 | | - |
| Participant 36 | Participant 36 | | - |
| Participant 38 | Participant 38 | $115,068.00 | $13,819.68 |
| Participant 43 | Participant 43 | | - |
| Participant 53 | Participant 53 | | - |

Confidential – Subject to Protective Order