# Exhibit G

| Participant Name | Have Not Selected Date of Benefit Commencement (Impossible to Determine if harmed by 10.46) | Calculated Under 10.46 (c)(ii) | 0.925 Not Applied | Unlikely to be affected by 0.925 | No Damages Under Altman's Model * | Subject to Release Defense | Subject to Statute of Limitations Defense | Not Entitled to Benefits under 10.46 |
|---|---|---|---|---|---|---|---|---|
| Johnston, Robert | | | | | | X | X | |
| Participant 1 | X | | | X | | | | |
| Participant 2 | | | X | | | X | X | |
| Participant 3 | X | | | X | X | | | |
| Participant 4 | X | | | X | | | | |
| Participant 5 | X | | | X | X | | | |
| Participant 6 | | | | | X | X | X | |
| Participant 7 | X | | | X | | | | |
| Participant 8 | X | | X | | X | | | |
| Participant 9 | X | | | X | | | | |
| Participant 10 | | | X | | | X | | |
| Participant 11 | | X | X | | X | X | X | |
| Participant 12 | X | | | X | X | X | | |
| Participant 13 | X | | | X | | X | | |
| Participant 14 | X | | | X | | X | | |
| Participant 15 | X | | | X | X | X | | |
| Participant 16 | X | | X | | X | X | | |
| Participant 17 | | | | | | X | X | |
| Participant 18 | | | X | | | X | X | |
| Participant 19 | X | | | X | | | | |
| Participant 20 | | | X | | X | X | X | |
| Participant 21 | X | | | X | | | | |
| Participant 22 | X | | | X | | | | |
| Participant 23 | X | X | | X | X | | | |
| Participant 24 | X | | | X | X | | | |
| Participant 25 | X | | | X | | | | |
| Participant 26 | X | | | X | X | | | |
| Participant 27 | | | X | | | X | X | |
| Participant 28 | X | | | X | | | | |
| Participant 29 | X | | | X | | | | |
| Participant 30 | X | | | X | | | | |
| Participant 31 | | | | | | X | X | |
| Participant 32 | X | | | X | | | | |
| Participant 33 | X | X | | X | X | X | | |
| Participant 34 | X | | | | X | | | |

| Participant Name | Have Not Selected Date of Benefit Commencement (Impossible to Determine if harmed by 10.46) | Calculated Under 10.46 (c)(ii) | 0.925 Not Applied | Unlikely to be affected by 0.925 | No Damages Under Altman's Model * | Subject to Release Defense | Subject to Statute of Limitations Defense | Not Entitled to Benefits under 10.46 |
|---|---|---|---|---|---|---|---|---|
| Participant 35 |   |   | X |   | X | X | X |   |
| Participant 36 | X | X |   | X | X | X |   |   |
| Participant 37 | X |   | X |   | X | X |   |   |
| Participant 38 | X | X | X |   | X |   |   |   |
| Participant 39 | X |   |   | X | X | X |   |   |
| Participant 40 |   |   | X |   |   |   |   |   |
| Participant 41 | X |   |   | X |   |   | X |   |
| Participant 42 |   | X |   |   | X |   |   |   |
| Participant 43 |   |   | X |   | X | X | X |   |
| Participant 44 |   |   | X |   |   |   | X |   |
| Participant 45 | X |   |   | X | X |   |   |   |
| Participant 46 | X |   |   | X |   |   |   |   |
| Participant 47 |   |   | X |   | X | X |   |   |
| Participant 48 |   |   |   |   |   | X | X |   |
| Participant 49 | X |   |   | X |   |   |   |   |
| Participant 50 | X |   |   | X | X | X |   |   |
| Participant 51 | X |   |   | X |   |   |   |   |
| Participant 52 | X |   |   | X |   |   |   |   |
| Participant 53 | X | X |   | X | X | X |   |   |
| Participant 54 | X |   |   | X |   |   |   |   |
| Participant 55 |   |   |   |   |   |   |   | X |

*For in-pay class members, Altman's 9.6 calculations were compared to actual benefits received, rather than Altman's 10.46 estimates.