# Exhibit H

# Dow Chemical Calculation Summary

|  |  |  | Due Date |  |  | Initial & Date Complete |
|---|---|---|---|---|---|---|
| Employee ID: |  | Thursday | 7/21/2005 | Doer: | ~~Ann Marie~~ Jen |  |
| Employee Name: | Participant 55 | Tuesday | 7/26/2005 | Checker: | Catherine |  |
| Calc ID: | - | Friday | 7/29/2005 | Reviewer: | Sue |  |
| Termination Date: | 7/8/2005 | Monday | 8/1/2005 | Peer Review: | N/A |  |
| Commencement Date: | 8/1/2005 |  | On sleep |  | Off sleep | No of Days |
| Calc Request Date: | 7/15/2005   Friday | Date | Time | Date | Time | (Business) |
| Due Date: | 8/2/2005   Tuesday | 7/25 | 10:50 | 7/25 | 10:55 | 0 |

| Calc Type: | Manual Term/Ret | Details: | Confirming QDRO via email |
|---|---|---|---|
| Current Plan: | DOW |  | 7/25 2:00 |
| Manual Calc Type: | Deferred Pre-DowPAS | Details: | Confirming of binder & calc wanted CT# 18789 |
| Prior Plan: | - |  |  |
| Non Qualified: | Deferred Pre-DowPAS | Details: |  |
| Other Information: | - |  | Total sleep business days = |

BATCH ☐   Billing Code (see billing sheet for backup): _____   Adjusted Due Date: _____

**COMMENTS:**

DOER:   DowPAS Task Completed ☐   Prior Calcs ☐   None ☒   Attached ☐

Ex-Spouse - Per Dow, no QDRO

For DVT Calcs only:
☐ RV calc needed. If no, circle reason
   DOC
   No 417 options
   Calc Type
☐ RV insert required

CHECKER:   DowPAS Task Completed ☐   Verify Billing Code ☐   Additional checker notes/issues attached ☐   Calc ID Checked ☐
Date

☐ Resolved _____
☐ Resolved _____
☐ Resolved _____

REVIEWER:   DowPAS Task Completed ☐   Verify Billing Code ☐   Review Log Completed ☐

Manual Kit:   Yes ☐   No ☐   If yes, reason: _____
Date

☐ Resolved _____
☐ Resolved _____

PEER REVIEWER:   DowPAS Task Completed ☐

☐ Special Mailing Instructions                                    Scan Date _____

Confidential- Subject to Protective Order                                                              DOW0019166

## Billing Code Worksheet
*As of 5/11/2005*

1. Write applicable codes on the first page of the quality sheet, and check the applicable "reason"(s) below
2. Replace "x" with "D" if they end employment in Dow, "U" in UCC.
3. If you want to change the code used for the calc, make sure everybody who has touched the calc is aware of the change. Please make the change in your next timesheet unless the end of the month has passed, in which case e-mail Eric.
4. It's the checkers' and reviewers' responsibility to make sure the code is appropriate!

| Overall -- Apply to All Calculations | |
|---|---|
| RESx | Time spent removing flags, asking questions, following up on sleeper status |

| Billing Code | Reason |
|---|---|
| **On System (10 Business Day Turnaround)** | |
| RESx | ☐ Determining vested status if >4 years VS or manual. *(We shouldn't see system calcs <4 years)* |
| SYSx | ☐ Term/Retirement (includes participants with ESP, whether LS is > or <$25K) |
| | ☐ Discrete Term/Retirement (includes participants with ESP, whether LS is > or <$25K) |
| | ☐ System projection d/c/r after flag removal |
| | ☐ Disability retirement, went on LTD under DEPP (after 1/1/96) or UCEPP (after 2/6/03) |
| | *Try to run these as system -- if they don't work, run in calc worksheet, but still charge as system* |
| | ☐ Disability projection, went on LTD under DEPP (after 1/1/96) or UCEPP (after 2/6/03) |
| | *Try to run these as system -- if they don't work, run in calc worksheet, but still charge as system* |
| | ☐ Active death |
| | DVTs: |
| | ☐ Dow participants who term under DEPP (after 1/1/96) |
| | ☐ Dow participants who term under 1.6 ERP (after 1/1/89) |
| | ☐ UCC participants who term under UCEPP (after 2/6/03) |
| | ☐ UCRP DVT (except GrafTec, LonCo, KTI, etc.) |
| SYSx+TQDx | ☐ Any system calc (check "reason" under SYSx too!) with QDRO offset |
| | *Put time on associated AP commencement (if necessary) under TQDx as well* |
| SYSx+TNQx | Any system calc (check "reason" under SYSx too!) with: |
| | ☐ EESP |
| | ☐ KEIP |
| | ☐ Angus NQ |
| | ☐ Special UCC NQ |
| | *If a UCC to Dow transfer with special UCC NQ, use SYSD+TNQD (they're in Dow now), not TNQU* |
| **Off System (12 Business Day Turnaround)** | |
| TR1x | ☐ 70 1/2 Calculation |
| | ☐ Actuarial offset for past payments |
| | ☐ Angus with IMC annuity |
| | ☐ Celotex Pennsauken |
| | ☐ Celotex Texarkana |
| | ☐ Disability retirement, went on LTD prior to 1/1/96 for Dow (Dow will do UCEPP pre-2/6/03) |
| | ☐ Disability projection, went on LTD prior to 1/1/96 for Dow (Dow will do UCEPP pre-2/6/03) |
| | ☐ Disability death |
| | ☐ Extreme Rush (needs Eric's approval) |
| | ☐ General Latex |
| | ☐ GRO (Government Relations Office -- see plan design) |
| | ☐ High-level proration (transfer from DC plan where DEPP benefit is not prorated) |
| | ☐ LOA with multiple unpaid LOA in one calendar year |
| | ☐ Multiple benefits (a benefit payable from Dow, another payable from UCC -- not a simple transfer) |
| | ☐ PPO |
| | ☐ "Simple" prorations (including transfers in from UCC Canada) |
| | DVT calcs not in SYSx: |
| | ☐ Death |
| | ☐ 1.4 (or earlier) DVTs |
| | ☐ UCC GrafTec |
| | ☐ UCC LonCo |
| | ☐ UCC KTI |
| | ☐ Hampshire |
| | ☐ Other: _____ |
| | ☐ Other (please describe and confirm with Eric): |
| TR2x | ☐ AP commencement |
| | ☐ In-payment QDRO split |
| | ☐ Localization/deceleration |
| | ☐ Pension transfer account calculations |
| | ☐ Prorations that transfer out of UCEPP/DEPP, or have multiple transfers |
| | ☐ QDRO inquiry/subpoena |
| | ☐ Service buy-backs |
| | ☐ Shell offset |
| | ☐ Other (please describe and confirm with Eric): |
| TR3x | ☐ Dow->UCC->Dow Transfer |
| | ☐ UCC->Dow->UCC Transfer |
| | ☐ Combination of exactly 2 TR1x, TR2x, TQDx, or TNQx elements (indicate which ones) |
| | *Entire calc is TR3x, instead of SYSx+other stuff* |
| | ☐ Other (please describe and confirm with Eric): |
| Work Order | ☐ Individually negotiated plan elements |
| | ☐ Combinations of 3 or more TR1x, TR2x, TQDx, or TNQx elements (indicate which ones). |
| | *Entire calc is Work Order, instead of SYSx+other stuff)* |

Confidential- Subject to Protective Order

DOW0019167

Home > Manage Call Center > Manage Cases > Use > HelpDesk

New Window

| Case | Notes and Attachments | Case History | Related Objects | Related Cases | Interested Parties | Case Error |

**Case:** 187847

**Employee ID:** [redacted]  **Name:** Participant 55  **Status:** Newly Opened  **Summary:** 07/27/2005 9:51:37AM EDT Please confirm if a ca...

### Notes

Summary of Notes — Summary of Attachments

Find | View All    First ◄ 2 of 2 Last

**Added:** 07/26/2005 4:37PM EDT   Zimmerman, Cheryl A

**\*Summary:** This person was divested to DDE and will not recei

**Details:** This person was divested to DDE and will not receive a benefit from Dow. All benefit will be from DDE

**\*Visibility:** Internal   **Note Contact:**

**Note Type:**

**Origin:** Internal

**Attachments**

| File Name | Description | Added By | Date Added | Sort By: |

Attach a File    Delete

Add Note or Attachment

file://C:\DOCUME~1\JENNIF~1.HAN\LOCALS~1\Temp\5YC4B1WH.htm    7/27/2005

Confidential- Subject to Protective Order    DOW0019168

A term/ret calc was triggered by the import for this participant. The participant is a rehire who previously worked from 1990 to 1996, did not commence his benefits or receive a lump sum, and was rehired 7/1/2005. It appears the participant worked 8 days and then terminated. Since the participant did not work 1,000 hours, he did not earn any additional benefit. Please confirm if you'd still like a calculation done and a binder sent as he is only eligible for his prior deferred vested benefit. Thank you! If you have any questions, you can contact Jen Hannison @ 952-842-6508.

Confidential- Subject to Protective Order

### Hannison, Jennifer (Minneapolis)

| | |
|---|---|
| **From:** | Garver, Arlene (AA) [AAGarver@dow.com] |
| **Sent:** | Monday, July 25, 2005 10:55 AM |
| **To:** | Hannison, Jennifer (Minneapolis) |
| **Subject:** | RE: QDRO |
| **Expires:** | Monday, July 24, 2006 11:00 PM |

Hi Jen - No QDRO for him.

Arlene A. Garver
The Dow Chemical Company
2030 Dow Center, 8th Floor
HR/Legal
Phone: (989) 636-0052
Fax: (989) 638-9793

-----Original Message-----
From: Hannison, Jennifer (Minneapolis) [mailto:Jennifer.Hannison@WatsonWyatt.com]
Sent: Monday, July 25, 2005 11:52 AM
To: aagarver@dow.com
Subject: QDRO

Hello Arlene,

We have a term/ret calc for EE # [redacted] and we noticed he has an ex-spouse listed in his data. We have checked scanner and cannot see that there is a QDRO. Can you please confirm if this participant has a QDRO and if so, can you either have scanned or faxed to us?

Thank you, Arlene!
Jen

---

Jennifer Hannison
Pension Benefits Administrator
Watson Wyatt Worldwide
8400 Normandale Lake Blvd. Suite 1700
Bloomington, MN 55437
Telephone: (952)842-6508
Fax: (952)842-6800
jennifer.hannison@watsonwyatt.com
www.watsonwyatt.com

Notice of Confidentiality
This transmission contains information that may be confidential and that may also be privileged. Unless you are the intended recipient of the message (or authorized to receive it for the intended recipient), you may not copy, forward, or otherwise use it, or disclose its contents to anyone else. If you have received this transmission in error, please notify us immediately and delete it from your system.

Confidential- Subject to Protective Order

DOW0019170

(iii) for periods of employment with a predecessor employer; and

(iv) for periods of employment as a leased employee.

*Section 2.3 Eligibility Service*

(a) Eligibility Service earned for employment while covered under the Plan shall equal an Employee's Credited Service as determined under Article II, Section 2.1.

(b) If the Company has acquired or hereafter acquires all or part of the business of another corporation and the employees of that corporation become Employees of the Company, the Board of Directors may authorize participation in the Plan by such employees and shall determine the extent to which Eligibility Service shall be retroactively granted, provided that any such determination shall be of uniform application to all employees similarly situated, and shall meet the requirements of the Internal Revenue Code.

(c) Eligibility Service shall be used for determining an Employee's eligibility for a Disability Retirement.

*Section 2.4 Break in Service*

(a) Break in Service shall mean a combination of the following events:

(i) An Employee quits, is discharged, or incurs an absence without pay (unless such absence is pursuant to a layoff, an authorized leave of absence [including sick leave], or is excused by the Retirement Board under rules uniformly applicable to all Employees similarly situated), and

(ii) Such Employee has less than 501 Hours of Service credited in either the Plan Year of such quitting, discharge, or absence, or the next Plan Year.

Confidential- Subject to Protective Order                                                                    DOW0019171

The term shall also include such events occurring prior to January 1, 1976 and governed by Plan rules in effect at that time.

(b) Any Participant who suffered a Break in Service and who is rehired by the Company and subsequently earns one year of Vesting Service shall have his/her previous Credited Service, Vesting Service and Eligibility Service restored. The restored service shall be aggregated with subsequent Credited Service, Vesting Service and Eligibility Service for determining eligibility and amount of Normal, Early, Delayed, Disability or Vested Deferred Retirement Benefits.

(i) Prior to January 1, 1990, if such Employee had previously received a lump sum settlement under the Plan, no Credited Service which was recognized in the determination of the lump sum settlement shall be restored unless, within five (5) years after the first date on which the Employee is subsequently re-employed by the Company, the former Employee returns to the Trustee the lump sum settlement together with interest computed at the rate of five percent (5%) per annum, compounded annually from the date payment was made to the date of repayment to the Trustee.

(ii) On and after January 1, 1990, if such Employee had previously received or was deemed to have received a lump sum settlement under the Plan no later than the close of the second Plan year following the Plan Year in which such Employee's termination occurred, no Credited Service which was recognized in the determination of the lump sum settlement shall be restored unless, within five (5) years after the first date on which the Employee is subsequently re-employed by the Company, the former Employee returns to the Trustee the lump sum settlement together with interest computed at the rate of five percent (5%) per annum, compounded annually from the date payment was made to the date of repayment to the Trustee. Any such Employee who was deemed to have received a lump sum settlement under the Plan shall be deemed to have repaid such lump sum settlement upon re-employment.

Confidential- Subject to Protective Order

DOW0019172

## Dow Chemical Data Review Sheet

### Review Control

| | Signature | Date |
|---|---|---|
| Calc Completed By (Doer) | | |
| First Check Done | | |
| Second Check Needed | | |
| Revisions Made By | | |
| Second Check Done | | |
| Checklist Reviewed for Accuracy | | |
| Final Sign Off – Reviewer | | |
| Logged Out | | |
| | | |
| | | |

Name: Participant 55
Employee Number:
Address:

Date of Birth: 11/21/1966
Date of Death:
Gender: Male

Web Access: No
IVR Access: No
Manual Calc: Yes - Deferred Pre-DowPAS

Special Errors or Warnings: N/A

Work Location: Unknown

Prior Plans: NO
Pension Blocking: NO
Proration: NO
UCC NQ Special: NO
QDRO: NO
Rehired Retiree: NO
Special Deal: NO

### Cases

| Case ID | Case Name | Status | Priority | Assigned To | Assigned Date | Due Date | Opened Date | Opened By | Closed By | Closed Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 30417 | MI Term | 1 | 0 | WWAWaltzer | 07/18/2005 | 08/02/2005 | 07/15/2005 | Import | | |

### Cases Note

| Case ID | Note ID | Note Date | User ID | Note Text |
|---|---|---|---|---|
| 30417 | 35620 | 07/15/2005 | Import | benDate=08/01/2005 personId=21697 calcEffDate= calcTypeCodeCap=E calcRsnCodeCap=TERM calcAuditEnable=0 projPpoXferAmt=0 projAnnPayIncPct=0 projTermDate=07/08/2005 lumpsumDate=21/01/2005 includetgtAwardInd=0 projCaBirthDate= projCaFirstName= projCaLastName |

### Calc History

| Calc ID | Run Date | Term Date |
|---|---|---|
| 224538 | 07/30/2004 | 03/31/1996 |

### Memos

| Date | Name | Source | Note | Keyword |
|---|---|---|---|---|
| N/A | | | | |

Page 1 of 3                                                                 7/18/2005

Confidential- Subject to Protective Order                                DOW0019173

**Outputs**

| Date | Name |
|---|---|
| 07/18/2005 | Data Dump Report |

**Related Info**

| Emp# | First Name | Last Name | Birth Date | Relative ID | Start Date | Relationship | End Date | Death Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | 08/08/2003 | Ex Spouse | | |

**Beneficiary Info**

| Emp# | First Name | Last Name | Plan | Status | Type | End Date |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

**QDRO Info**

| Date | Tax ID | First Name | Last Name | Status | QDRO Indicator | Split Date | Offset Amt |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | | |

**Employment History**

| Start Date | Type | Status | Sub Status | Class | Manage Type | Company | Pay Group | End Date |
|---|---|---|---|---|---|---|---|---|
| 07/09/2005 | 0 | Terminated/Involuntary Termination | | ** | Regular Full-time | The Dow Chemical Company | SALARIED | |
| 07/09/2005 | 9 | Retired/ | ** | | | | SALARIED | |
| 07/01/2005 | 0 | Active/Rehire | ** | | Regular Full-time | The Dow Chemical Company | | SALARIED |
| | | 07/09/2005 | | | | | | |
| 04/01/1996 | 0 | Terminated/Termination Voluntary | | ** | Regular Full-time | The Dow Chemical Company | | SALARIED |
| | | 07/01/2005 | | | | | | |
| 03/01/1993 | 0 | Active/Not Applicable (N/A) | | ** | Regular Full-time | The Dow Chemical Company | | SALARIED |
| | | 04/01/1996 | | | | | | |
| 01/29/1990 | 0 | Active/Hire | ** | | Regular Full-time | | NA | 03/01/1993 |

**Compensation**

| Date | Basis | Type | Source | Amount | Hours | Override Amount | Override Hours |
|---|---|---|---|---|---|---|---|
| 04/17/1996 | REG | Award Non-Pensionable | Dow Historical | 800.00 | 0.00 | 0.00 | 0.00 |
| 03/15/1996 | REG | Award Non-Pensionable | Dow Historical | 4,950.00 | 0.00 | 0.00 | 0.00 |
| 03/15/1995 | REG | Award Non-Pensionable | Dow Historical | 3,900.00 | 0.00 | 0.00 | 0.00 |
| 11/10/1994 | REG | Award Non-Pensionable | Dow Historical | 1,690.00 | 0.00 | 0.00 | 0.00 |
| 07/09/1993 | REG | Award Non-Pensionable | Dow Historical | 745.00 | 0.00 | 0.00 | 0.00 |
| 10/01/1992 | REG | Award Non-Pensionable | Dow Historical | 149.00 | 0.00 | 0.00 | 0.00 |
| 01/01/1993 | REG | PAACTUAL | Dow Historical | 1,488.00 | 0.00 | 0.00 | 0.00 |
| 01/01/1991 | REG | PAACTUAL | Dow Historical | 832.00 | 0.00 | 0.00 | 0.00 |
| 01/01/1998 | REG | Year-to-date | Dow Historical | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/01/1997 | REG | Year-to-date | Dow Historical | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/01/1996 | REG | Year-to-date | Dow Historical | 14,751.00 | 600.00 | 0.00 | 0.00 |
| 01/01/1995 | REG | Year-to-date | Dow Historical | 49,342.00 | 2,080.00 | 0.00 | 0.00 |
| 01/01/1994 | REG | Year-to-date | Dow Historical | 42,735.00 | 2,080.00 | 0.00 | 0.00 |
| 01/01/1993 | REG | Year-to-date | Dow Historical | 36,896.00 | 2,080.00 | 0.00 | 0.00 |
| 01/01/1992 | REG | Year-to-date | Dow Historical | 33,145.00 | 2,080.00 | 0.00 | 0.00 |
| 01/01/1991 | REG | Year-to-date | Dow Historical | 30,214.00 | 2,080.00 | 0.00 | 0.00 |
| 01/01/1990 | REG | Year-to-date | Dow Historical | 24,588.00 | 1,880.00 | 0.00 | 0.00 |

**Pay Rate History**

| Start Date | Type | Rate | Frequency | Hours | Salaried | End Date |
|---|---|---|---|---|---|---|
| 07/09/2005 | Hourly | 57.98 | Monthly | 40.00 | 1 | |
| 07/01/2005 | Annual | 120588.00 | Monthly | 40.00 | 1 | |
| 07/01/2005 | Monthly | 10049.00 | Monthly | 40.00 | 1 | |
| 07/01/2005 | Hourly | 57.98 | Monthly | 40.00 | 0 | 07/09/2005 |
| 01/01/1998 | Annual | 0.00 | | 0.00 | 0 | 07/01/2005 |
| 01/01/1997 | Annual | 0.00 | Biweekly | 0.00 | 0 | 01/01/1998 |
| 04/01/1996 | Annual | 0.00 | | 0.00 | 1 | 01/01/1997 |
| 03/11/1996 | Monthly | 4565.00 | | 0.00 | 1 | 07/01/2005 |
| 01/01/1996 | Annual | 0.00 | Biweekly | 0.00 | 0 | 04/01/1996 |
| 04/10/1995 | Monthly | 4200.00 | | 0.00 | 1 | 03/11/1996 |
| 01/01/1995 | Annual | 0.00 | Biweekly | 0.00 | 0 | 01/01/1996 |
| 09/12/1994 | Monthly | 3950.00 | | 0.00 | 1 | 04/10/1995 |
| 04/11/1994 | Monthly | 3595.00 | | 0.00 | 1 | 09/12/1994 |
| 03/14/1994 | Monthly | 3345.00 | | 0.00 | 1 | 04/11/1994 |
| 01/01/1994 | Annual | 0.00 | Biweekly | 0.00 | 0 | 01/01/1995 |
| 06/21/1993 | Monthly | 3160.00 | | 0.00 | 1 | 03/14/1994 |
| 03/01/1993 | Monthly | 3060.00 | | 0.00 | 1 | 06/21/1993 |
| 01/01/1993 | Annual | 0.00 | Biweekly | 0.00 | 0 | 01/01/1994 |
| 10/12/1992 | Monthly | 2920.00 | | 0.00 | 1 | 03/01/1993 |
| 03/02/1992 | Monthly | 2760.00 | | 0.00 | 1 | 10/12/1992 |
| 01/01/1992 | Annual | 0.00 | Biweekly | 0.00 | 0 | 01/01/1993 |
| 09/02/1991 | Monthly | 2650.00 | | 0.00 | 1 | 03/02/1992 |

Page 2 of 3

7/18/2005

Confidential- Subject to Protective Order

DOW0019174

```
03/04/1991   Monthly   2505.00               0.00        1    09/02/1991
01/01/1991   Annual    0.00      Biweekly    0.00        0    01/01/1992
09/17/1990   Monthly   2375.00               0.00        1    03/04/1991
01/29/1990   Monthly   2230.00               0.00        1    09/17/1990
01/01/1990   Annual    0.00      Biweekly    0.00        0    01/01/1991
```

**Pension History Records**

| Start Date | Plan | Status | Sub Status |
|---|---|---|---|
| 07/09/2005 | DEPP | Inactive | Terminated |
| 07/01/2005 | DEPP | Active | Not Yet Determined |
| 04/01/1996 | DEPP | Inactive | Vested Deferred |

**Service Information**

| Date | Plan | Actual Hrs | Lws Hrs | svc_cdt_tot | svc_cdt_yr | svc_elig_tot | svc_elig_yr | svc_vest_tot | svc_vest_yr |
|---|---|---|---|---|---|---|---|---|---|
| 03/31/1996 | 1 | 600.00 | 2080.00 | 6.3 | 0.3 | 6.3 | 0.3 | 6.0 | 0.0 |

**Payment History Records**

| Start Date | Status | Option | Amount | Change Reason | End Date |
|---|---|---|---|---|---|
| N/A | | | | | |

**Award History**

| Type | Date | Amount | Override Amount | Percent | Override Percent |
|---|---|---|---|---|---|
| Total Award | 01/01/2005 | 0.00 | 0.00 | 16.00 | 0.00 |
| Total Award | 01/01/1996 | 3,200.00 | 0.00 | 0.00 | 0.00 |
| Total Award | 01/01/1995 | 3,300.00 | 0.00 | 0.00 | 0.00 |
| Total Award | 01/01/1994 | 2,400.00 | 0.00 | 0.00 | 0.00 |

**COPS History**

| Start Date | Type | COPS Value | End Date |
|---|---|---|---|
| N/A | | | |

**DPS History**

| Start Date | Type | DPS Code | Description | End Date |
|---|---|---|---|---|
| 03/31/1996 | DPS Old Retirement Status | 47 | TERMINATION-ASSOC BUS/W BFTS | |
| 01/29/1990 | DPS Old Retirement Status | 10 | FULL TIME ACTIVE | 03/31/1996 |

**PRIOR Plan Summary**

| Plan Name | SVC Thru Date | Ann Contract | Ann Amt | Balance Date | Qual Acct Bal | Total Acct Bal | Employer | Start Date | Eligibility |
|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | |

| Plan Name | Qual FAE | Total FAE | DEPP Credited SVC | DEPP Eligibility SVC | DEPP Vesting SVC |
|---|---|---|---|---|---|
| N/A | | | | | |

| Plan Name | Amt Type | TV Qual | RET Elig Qual | TV Total | Ret Elig Total |
|---|---|---|---|---|---|
| N/A | | | | | |

**AFFILIATED Summary**

| Employer Name | Start Date | End Date | Qual Accr Ben | TotalAccr Ben | Qual H3CA | Total Qual H3CA | Total CS | Total ES | Total VS |
|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | |

Page 3 of 3                                                                              7/18/2005

Confidential- Subject to Protective Order                                     DOW0019175