UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT JOHNSTON, individually and on behalf
of a class of all other persons similarly situated,

        Plaintiff,                      Case No. 14-cv-10427

v.                                           Honorable Thomas L. Ludington

DOW EMPLOYEES' PENSION PLAN and
DOW CHEMICAL COMPANY RETIREMENT
BOARD,

        Defendants.

_____/

## JUDGMENT

In accordance with the order granting Defendants' motion to affirm the decision of the plan administrator and denying Plaintiff's motion to reverse the decision of the plan administrator entered on this date,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendants and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the complaint is **DISMISSED** with prejudice.

Dated: August 5, 2016                                    s/Thomas L. Ludington
                                                         THOMAS L. LUDINGTON
                                                         United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 5, 2016.

                                        s/Michael A. Sian
                                        MICHAEL A. SIAN, Case Manager